1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Acting Chief, Criminal Division

4  DENNIS MICHAEL NERNEY (CSBN 40989)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7065
7    FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR-05-0533 SI
                                       )
15           Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
16      v.                             )
                                       )
17  JOHN ANTHONY MOSLEY,               )
                                       )
18           Defendant.                )
                                       )
19  _____)

20        This matter came on this Court's calendar on August 26, 2005 for status and trial setting.

21  Assistant United States Attorney Dennis Michael Nerney appeared on behalf of the government.

22  Defense counsel Elizabeth Falk appeared on behalf of the defendant.  The Court continued the

23  matter until September 23, 2005 at 11:00 a.m.

24        The parties requested an exclusion of time under the Speedy Trial Act from August 26

25  through September  23, 2005 based upon the need for effective preparation of counsel.  The

26  government is providing further discovery to the defense.  The defendant's counsel needs time to

27  review this discovery.  Therefore, the parties are requesting an exclusion of time.  The parties

28  agree that the time from August 26 through September 23, 2005 should be excluded in

ORDER EXCLUDING TIME
No. CR-054-0533-SI

1  computing the time within which trial shall commence.  See 18 U.S.C. § 3161(h)(8)(A) and

2  (B)(iv).

3         Accordingly, the Court HEREBY ORDERS that the time from August 26 through

4  September 27, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds

5  that the failure to grant the requested exclusion would deny the defendant reasonable time

6  necessary for effective preparation, taking into account the exercise of due diligence.  See 18

7  U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the

8  requested exclusion outweigh the best interest of the public and the defendant in a speedy trial

9  and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court

10  therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

11  SO ORDERED.

12

13  DATED:

14                                    SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE

15



16  Approved as to form:

17

18  _____/S/_____
    ELIZABETH FALK, ESQ.

19  Attorney for Defendant

20

21  _____/S/_____
    DENNIS MICHAEL NERNEY

22  Assistant United States Attorney

23

24

25

26

27

28

1    <u>CERTIFICATE OF SERVICE</u>

2        The undersigned hereby certifies that she is an employee of the Office of the United States

3    Attorney for the Northern District of California and is a person of such age and discretion to be

4    competent to serve papers.  The undersigned further certifies that she caused a copy of:

5        **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

6    to be served this date on the party(ies) in this action,

7        <u>**Via Hand Delivery**</u>

8        **Elizabeth Falk**
     **Assistant Federal Public Defender**
9    **450 Golden Gate Avenue, 19th Floor**
     **San Francisco, CA 94102**

10       I declare under penalty of perjury under the laws of the State of California that the

11   foregoing is true and correct.

12   Dated: September 13, 2005

13                                    _____
                                   Ponly J. Tu
14                                   Legal Assistant (Immigration)
                                   United States Attorney's Office