KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JOHN ANTHONY MOSLEY, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No.   CR 05-0533 SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 7, 2005 THROUGH NOVEMBER 18, 2005 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

    On October 7, 2005, the parties appeared for initial appearance before this Court on the Superseding Indictment. The defendant was personally present and in custody. Elizabeth Falk, Assistant Federal Public Defender, appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

    The Court continued the matter until November 18, 2005 @ 11:00 a.m. for status conference/setting of trial the defendant's next appearance.

    The parties agree and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from October 7, 2005 through November 18, 2005 in order allow time to effectively prepare and to ensure continuity of counsel. The parties request the Court to find and order that the time from October 7, 2005 through November 18, 2005 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the following reasons:

Order re Speedy Trial Exclusion of Time
CR 05-0533 SI

1. The attorney for the defendant requests the Court order time excluded time under the Speedy Trial Act in order to allow time to effectively prepare, in light of the recently returned superseding indictment adding new charges and the extensive discovery provided to the defense on September 28, 2005 relating to the new charges; and to ensure continuity of counsel, in light of the unavailability of defense counsel from October 11 through October 24 due to defense counsel being on vacation. The attorney for the defendant believes an exclusion of time from calculations under the Speedy Trial Act is necessary to allow the defense to effectively prepare and to ensure continuity of counsel for the defendant, further believes an exclusion is in the defendant's best interests and is with the defendant's consent, and agrees that the exclusion of time from October 7, 2005 through November 18, 2005 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

2. The defendant joins in the request to exclude time from October 7, 2005 through November 18, 2005 for the reasons stated above; and

2. The attorney for the government also agrees that the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from October 7, 2005 through November 18, 2005 is appropriate and necessary for the reasons stated above.

Given these circumstances, the Court orders a status conference on November 18, 2005 at 11:00 a.m., and finds and orders that the ends of justice served by excluding from calculations the period from October 7, 2005 through November 18, 2005, outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C.§

///
///
///
///
///
///
///

Order re Speedy Trial Exclusion of Time
CR 05-0533 SI                2

1  3161(h)(8)(B)(iv), and the time from October 7, 2005 through November 18, 2005 is excluded
2  from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
3  **SO STIPULATED**:

5  DATED: 11/01/2005                        _____/s/_____
                                             ELIZABETH FALK
6                                            Attorney for Defendant

8  DATED: 10/18/2005                        _____/s/_____
                                             GREGG W. LOWDER
9                                            Assistant United States Attorney

10 **IT IS SO ORDERED**.

12 DATED:_____             _____
13                                     SUSAN ILLSTON
                                       United States District Court Judge

IT IS SO ORDERED
Judge Susan Illston

Order re Speedy Trial Exclusion of Time
CR 05-0533 SI                          3