BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MOSELY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-533 SI |
| vs. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| JOHN ANTHONY MOSELY, | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

1. Sentencing in the aforementioned matter has been previously set by this Court for June 2, 2006, at 11:00 a.m.;

2. Defense counsel has yet to meet with the Probation Department to conduct the presentence process for the following reasons; defense counsel was out of the country on her honeymoon between February 28 and March 27, 2006. Between March 27, 2006 and May 1, 2006, defense counsel has been responsible for approximately ten sentencings, two major motions and the filing of a thirty five responsive appellate brief;

3. Probation Officer Lynne Richards is unavailable for the majority of the month of May to begin the presentence process, due to previously scheduled leave and other case obligations;

4. The presentence process takes at least sixty days to complete adequately and thoroughly;

5. Counsel has reason to believe that the Guidelines on this matter are extremely high, and that it would be prejudicial to Mr. Mosely to rush and/or curtail a full presentence investigation;

6. Due to the seriousness of Mr. Mosely's situation, counsel for the defendant also wishes Mr. Mosely to have the benefit of a full year in counseling for drug-use prevention and life skills prior to sentencing;

7. By means of his signature below, government counsel Gregg Lowder indicates that he is not opposed to defense counsel's request;

8. The parties thus jointly request and agree to continue the sentencing in the aforementioned matter to Friday, September 1, 2006, at 11:00 a.m.

DATED: May 5, 2005  /S/
ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: May 8, 2005  /S/
GREGG LOWDER
Assistant United States Attorney

I hereby attest that I have on file al holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

For the reasons stated by counsel, the sentencing date in the aforementioned matter of June 2, 2006 is hereby VACATED. The matter is set for sentencing on September 1, 2006 at 11:00 AM.

DATED:  
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING SENTENCING
*United States v. Mosely*
CR 05- 533 SI                                                - 2 -