1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MOSELY

Case 3:05-cr-00533-SI   Document 33   Filed 08/31/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-533 SI |
| vs. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| JOHN ANTHONY MOSELY, | ) | DATE |
| Defendant. | ) | |

### STIPULATION AND [PROPOSED] ORDER

1. Sentencing in the aforementioned matter has been previously set by this Court for September 1, at 11:00 a.m.;

2. Due to the unavailability of several family members who will be unable to attend Mr. Mosely's sentencing tomorrow, as well as the late delivery of letters and memorandum essential to the Defendant's sentencing memorandum by family members, defense counsel will be unable to complete the memorandum until tomorrow, September 1, 2006;

3. The parties thus jointly request and agree to continue the sentencing in the

\\
\\
\\

1  aforementioned matter to Friday, September 8, 2006, at 11:00 a.m.

2

3  DATED:  August 31, 2006          _____
                                     ELIZABETH M. FALK
4                                    Assistant Federal Public Defender

5  DATED:  August 31, 2006          _____
                                     GREGG LOWDER
6                                    Assistant United States Attorney

7

8                                   **ORDER**

9       For the reasons stated by counsel, the sentencing date in the aforementioned matter of

10 September 1, 2006 is hereby VACATED.  The matter is set for sentencing on September 8, 2006 at

11 11:00 AM.

12

13 DATED:                            _____
                                     THE HONORABLE SUSAN ILLSTON
14                                   UNITED STATES DISTRICT COURT JUDGE

Case 3:05-cr-00533-SI   Document 33   Filed 08/31/2006   Page 2 of 2